RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Petitioner
PAUL BROMLEY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF PAUL BROMLEY FOR RELEASE OF SEIZED 2002 FORD RANGER, VIN 1FTZR45E42PA23185, | Case No. 08-CV-0300H(AJB) <br><br> **WITHDRAWAL OF PETITION** |
| PAUL BROMLEY, <br><br> Petitioner. | |

Petitioner and United States Customs and Border Protection have reached a settlement of the underlying administrative forfeiture proceedings. Accordingly, the petitioner, Paul Bromley, by and through his counsel, hereby dismisses with prejudice his Petition for Release of Seized Vehicle.

Dated: March 28, 2008

Respectfully submitted,

/s/ Richard M. Barnett
RICHARD M. BARNETT

Attorney for Petitioner
Paul Bromley

1

**PROOF OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on March 28, 2008, I deposited in the United States Mail, in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage: Dismissal of Petition of Paul Bromley for Release of Seized Vehicle to the office of the following individuals:

Mary Lundberg
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92188

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of March, 2008, at San Diego, California.

RICHARD M. BARNETT